**DISMISS and Opinion Filed June 16, 2021**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00395-CV**

**NOVO POINT, LLC, QUANTEC, LLC,**
**RPV, LTD., AND JEFFREY BARON, Appellants**
**V.**
**ELISSA KATZ A/K/A LISA KATZ, DOMAIN VAULT, LLC, AND**
**DOMAIN PROTECTION, LLC, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01898-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is appellants' motion for an extension of time to file a petition for permissive appeal and appellees' response opposing the motion. On May 28, 2021, appellants filed both a petition for permissive appeal of the trial court's May 4, 2021 interlocutory order together with an extension motion. *See* TEX. R. APP. P. 28.3. Appellants' reasons for an extension are that counsel had "multiple other pressing matters" and the history of the case and record are extensive. Appellants fail to show the additional time was necessary as a result of "inadvertence, mistake, or mischance." *See* TEX. R. APP. P. 28.3(d); *Hone v.*

*Hanafin*, 104 S.W.3d 884, 886 (Tex. 2003) (per curiam).  Accordingly, we deny the extension motion and dismiss the petition.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210395F.P05